IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

| | |
|---|---|
| GAYLE WHITE MALAUTEA, as Guardian of FATI F. MALAUTEA, and GAYLE WHITE MALAUTEA, Individually, | : : : : : |
| Plaintiffs, | : : |
| vs. | : : |
| SUZUKI MOTOR CORPORATION, a Japanese Corporation, and AMERICAN SUZUKI MOTOR CORPORATION, a California corporation, | : : : : |
| Defendants. | |

CIVIL ACTION NO. CV 490-322

## MOTION FOR RECONSIDERATION AND REQUEST FOR HEARING

On October 4, 2010 the Court entered an Order granting in part and denying in part Defendants' supplemental motion to keep documents under seal. Defendants respectfully request that the Court grant oral argument, either in chambers or in the courtroom, to hear a brief argument on this Motion for Reconsideration.

Accordingly, Defendants herewith request that the Court schedule a brief in-person conference with Defendants' counsel for the purpose of reconsidering its Order of October 4, 2010. Defendants have not conferred with counsel for Plaintiff but it is not anticipated that counsel for Plaintiff would object to this Motion given Plaintiff's position regarding the prior Motion on this issue.

*Signatures On Next Page*

1

2

Respectfully submitted this 6th day of October, 2010.

                                        HAWKINS PARNELL THACKSTON & YOUNG LLP

                                      *s/* Michael J. Goldman _____
                                      Michael J. Goldman
                                      Georgia Bar No.: 300100
                                      4000 SunTrust Plaza
                                      303 Peachtree Street, NE
                                      Atlanta, Georgia 30308-3243
                                      (404) 614-7471
                                      Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
(SAVANNAH DIVISION)

| | |
|---|---|
| **GAYLE WHITE MALAUTEA,** as Guardian of **FATI F. MALAUTEA,** and **GAYLE WHITE MALAUTEA,** Individually, | : : : : : |
| Plaintiffs, | : **CIVIL ACTION NO. CV 490-322** : : |
| vs. | : : |
| **SUZUKI MOTOR CORPORATION,** a Japanese Corporation, and **AMERICAN SUZUKI MOTOR CORPORATION,** a California corporation, | : : |
| Defendants. | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in this action with a copy of **MOTION FOR RECONSIDERATION AND REQUEST FOR HEARING** by electronic filing, that all counsel on this date are being notified on this filing via electronic filing and by depositing a copy of same in the U.S. Mail, postage prepaid, and/or electronic transmission to the following:

> James E. Butler, Jr.
> Butler Wooten & Fryhofer, LLP
> Post Office Box 2766
> Columbus, Georgia 31902-2766

This 6th day of October, 2010.

> *s/* Michael J. Goldman
> Michael J. Goldman
> Georgia Bar No.: 300100

10565478v.1

3