UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GAYLE WHITE MALAUTEA, as guardian of Fati F. Malautea, and Gayle White Malautea, individually and as class representative; and THOMAS NASH, co-guardian of Fati F. Malautea,

Plaintiffs,

v.  4:90-cv-322

SUZUKI MOTOR COMPANY, LTD., a Japanese Corporation, and AMERICAN SUZUKI MOTOR CORPORATION,

Defendants.

## ORDER

This Court granted in part and denied in part Defendants' motions for certain documents to remain under seal. *See* Doc. 405. Defendants have now filed a Motion for Reconsideration and Request for Hearing. *See* Doc. 406.

Defendants have offered the Court no reason whatsoever for reconsidering its prior Order. *See id.* The Court, therefore, declines to do so.

Defendants' Motion for Reconsideration and Request for Hearing is *DENIED*.

This 20th day of December 2010.20

*[signature]*

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA